JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINTARIUS JAMAL DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>BURBANK POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 2:25-cv-05619-ODW-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed with prejudice.

DATED: November 6, 2025      _____

                                                   Otis D. Wright II<br>                                                   UNITED STATES DISTRICT JUDGE